## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

International Dark-Sky Association, Inc., |

    *Appellant*, |

        v. | No. 22-1337 (consolidated
  with 23-1001)

Federal Communications Commission, |

    *Appellee*. |

## STATEMENT OF INTENT TO USE DEFERRED JOINT APPENDIX

Appellant International Dark-Sky Association, Inc. ("Dark-Sky"), pursuant to the Court's Order dated December 30, 2022, hereby advises the Court that the parties intend to use a deferred Joint Appendix, in accordance with Federal Rule of Appellate Procedure 30(c) and Local Rule 30(c). The undersigned has contacted and received agreement to use of the deferred Joint Appendix from counsel for the Federal Communications Commission as well as DISH Network Corporation (Appellant in the consolidated Case No. 23-1001).[1]

---

[1] Space Exploration Holdings LLC ("Space X"), which moved to intervene by right on January 12, 2023, also agrees to a deferred Joint Appendix.

Respectfully submitted,


Charles Lee Mudd Jr.
Charles Lee Mudd Jr.
MUDD LAW
411 S. Sangamon Street
Suite 1B
Chicago, Illinois 60607
T: 312.964.5051
F: 312.803.1667
charles@muddlaw.com

*Counsel for*
*International Dark-Sky Association*


January 27, 2023

## CERTIFICATE OF SERVICE

I hereby certify that service of this STATEMENT OF INTENT TO USE DEFERRED JOINT APPENDIX shall be accomplished pursuant to Electronic Case Filing ("ECF") as to ECF Users and shall be sent by First Class Mail to any non-ECF parties having filed appearances listed in the Service List below all on the 27th day of January 2023.


Charles Lee Mudd Jr.
Charles Lee Mudd Jr.


Charles Lee Mudd Jr.
MUDD LAW
411 S. Sangamon Street
Suite 1B
Chicago, Illinois 60607
T: 312.964.5051
F: 312.803.1667
charles@muddlaw.com


## <u>SERVICE LIST</u>

All parties in this matter are represented by counsel who are ECF users.