# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-1337**  September Term, 2023

FCC-22-91

Filed On: October 27, 2023 [2024095]

International Dark-Sky Association, Inc.,

    Appellant

  v.

Federal Communications Commission,

    Appellee

------------------------------

Space Exploration Holdings, LLC,
    Intervenor

------------------------------

Consolidated with 23-1001

    **BEFORE:**  Rao and Childs, Circuit Judges; and Ginsburg, Senior Circuit Judge

## O R D E R

Upon consideration of appellant's partially opposed motion for continuance of oral argument, and the response thereto, it is

**ORDERED** that the motion be granted. These cases are removed from the November 20, 2023 oral argument calendar and are rescheduled for oral argument at 9:30 a.m. on Monday, December 11, 2023.

### Per Curiam

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:  /s/
           Michael C. McGrail
           Deputy Clerk