IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| International Dark-Sky Association, Inc., | |
| *Appellant*, | |
| v. | No. 22-1337 (consolidated with 23-1001) |
| Federal Communications Commission, | |
| *Appellee*. | |

## NOTICE OF INTENT TO PARTICIPATE REMOTELY BY VIDEOCONFERENCE

NOW COMES the Appellant International Dark-Sky Association, Inc. ("Appellant"), by and through its attorneys, Mudd Law Offices, and files this Notice of Intent to Participate Remotely by Videoconference ("Notice"):

1. On October 27, 2023, the Court entered an order ("October 27 Order") rescheduling oral arguments for Monday, December 11, 2023 ("Oral Arguments").

2. Due to a number of circumstances, Appellant's counsel requests to participate in the Oral Arguments remotely by videoconference and files this Notice. See Protocols for In-Person and Hybrid Oral Arguments (October 14, 2022).

1

3.      Appellant's counsel understands that any arguing counsel appearing remotely will be required to attend a Zoom for Government training session with Clerk's Office staff.

4.      Should circumstances change such that any arguing counsel may appear in person, Appellant's counsel will inform the Court accordingly.

Respectfully submitted,

/s/ Charles Lee Mudd, Jr
Charles Lee Mudd, Jr.
MUDD LAW
411 S. Sangamon Street
Suite 1B
Chicago, Illinois 60607
T: 312.964.5051
F: 312.803.1667
charles@muddlaw.com

*Counsel for*
*International Dark-Sky International, Inc.*

November 27, 2023