**No. 22-1337**         **September Term, 2024**

**FCC-22-91**

**Filed On: September 3, 2024** [2072929]

International Dark-Sky Association, Inc.,

    Appellant

    v.

Federal Communications Commission,

    Appellee

------------------------------

Space Exploration Holdings, LLC,
    Intervenor

------------------------------

Consolidated with 23-1001

## M A N D A T E

In accordance with the judgment of July 12, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

BY:   /s/
        Daniel J. Reidy
        Deputy Clerk

Link to the judgment filed July 12, 2024