IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| The International Dark-Sky Association, Inc., | |
| *Appellant*, | |
| v. | Case No. 22-1337 |
| Federal Communications Commission, | |
| *Appellee*. | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Circuit Rule 26.1 , Appellant The International Dark-Sky Association, Inc. ("Appellant") respectfully submits its Corporate Disclosure Statement and states as follows:

Appellant has no parent corporation, and no publicly held company holds 10% or more of its stock.

Further, Appellant is a not-for-profit corporation that works to protect the night skies for present and future generations which includes protecting the nighttime environment and our heritage of dark skies. It believes the dark night is a shared global heritage for every person for all time. And, its membership includes enthusiastic advocates for the night that benefits all living things and its star-filled sky.

2

Dated: December 30, 2022                    Respectfully Submitted,

/s/Charles Lee Mudd Jr.
Charles Lee Mudd Jr.
MUDD LAW
411 S. Sangamon Street
Suite 1B
Chicago, Illinois 60607
(312) 964-5051

*Counsel for*
*The International Dark-Sky*
*Association, Inc.*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 30, 2022, a true and complete copy of the foregoing was electronically filed via CM/ECF system which will send a notice of electronic filing to all Counsel of Record.

*/s/ Charles Lee Mudd Jr.*
Charles Lee Mudd Jr.